B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 14–45856**
**Chapter 7**

In re: Debtor (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Christina Joung
   314 Crescent Drive
   Glenview, IL 60025

Social Security / Individual Taxpayer ID No.:
   xxx–xx–1178

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

     It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                             FOR THE COURT

Dated: <u>April 14, 2015</u>                     <u>Jeffrey P. Allsteadt, Clerk</u>
                                                  United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor.*[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 14-45856-CAD
Christina Joung                                                 Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: admin        Page 1 of 2        Date Rcvd: Apr 14, 2015
                         Form ID: b18       Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2015.
```
db            +Christina Joung,    314 Crescent Drive,    Glenview, IL 60025-4618
22773387       ARM,    PO Box 129,    Thorofare, NJ 08086-0129
22773382      +Advocate Lutheran General Hospital,    1775 Dempster Street,    Park Ridge, IL 60068-1174
22773383      +Advocate Medical Group,    701 Lee St.,    Des Plaines, IL 60016-4539
22773392      +BMO Harris Bank,    111 W. Monroe St.,    Chicago, IL 60603-4095
22773393      +BMO Harris Bank,    Attention: Legal Services,    1100 W Monroe, 421 E,    Chicago, IL 60607-2496
22773389      +Bank Financial,    1401 N Larkin Ave,    Joliet, IL 60435-3775
22773388      +Bank Financial,    15W060 North Frontage Rd.,    Burr Ridge, IL 60527-6928
22773390      +Bank of America,    Bankruptcy Department,    CA6-919-0241, PO Box 5170,
                Simi Valley, CA 93062-5170
22773391     #+Bbcn Bank,    2727 W Olympic Blvd,    Los Angeles, CA 90006-2640
22773397      +CBE Group,    1309 Technology Parkway,    Cedar Falls, IA 50613-6976
22773410     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court:   Home Depot Credit Services,    PO Box 182676,
                Columbus, OH 43218-2676)
22773405      +FW IL Civic Center,    c/o Robert G Higgins, Atty at Law,    200 W Adams #2220,
                Chicago, IL 60606-5231
22773402       Federal National Mortgage Assoc,    14221 Dalla Parkway,    Suite 100,    Dallas, TX 75254-2951
22773403      +Fisher & Shapiro, LLC,    2121 Waukegan Road,    Suite 301,    Bannackburn, IL 60015-1831
22773404      +Foster Bank,    5005 Newport Drive,    Rolling Meadows, IL 60008-3837
22773406      +Gold Coast Bank,    1201 N Clark St,    Suite 204,    Chicago, IL 60610-2697
22773407      +Gomberg, Sharfman, Gold & Ostler,    208 South laSalle,    Suite 1200,    Chicago, IL 60604-1032
22773408      +Harris & Harris, Ltd,    111 West Jackson Blvd,    Suite 400,    Chicago, IL 60604-4135
22773411      +Illinois FS, Attorney at Law,    2121 Waukegan Road,    Suite 301,    Bannockburn, IL 60015-1831
22773412       Kamensky Rubinstein Hochman & Delot,    7250 North Cicero Ave,    Suite 200,
                Lincolnwood, IL 60712-1693
22773413       Levenfeld, Pearlstein, Glass,    2 N LaSalle,    13 Floor,    Chicago, IL 60602
22773416      +Markoff & Krasny,    Attorney at Law,    29 N Wacker Drive,    Chicago, IL 60606-2851
22773417      +Northland Group,    Bankruptcy Department,    7831 Glenroy Road, Suite 350,
                Edina, MN 55439-3108
22773419      +Plaza 440 Private Residences,    440 N Wabash,    Chicago, IL 60611-3549
22773420      +RBS Citizens,    480 Jefferson Blvd,    Warwick, RI 02886-1359
22773421      +Residential Credit Solutions,    4282 N. Freeway,    Fort Worth, TX 76137-5021
22773422       Sudler Property Management,    8401 Innovation Way,    Chicago, IL 60682-8401
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr             +EDI: BECRANE.COM Apr 15 2015 00:48:00      Eugene Crane,    Crane Heyman Simon Welch & Clar,
                135 S Lasalle Ste 3705,    Chicago, IL 60603-4101
22773384      +EDI: AFNIRECOVERY.COM Apr 15 2015 00:48:00      AFNI,    1310 Martin Luther King Drive,
                Bloomington, IL 61701-1465
22773385       EDI: AMEREXPR.COM Apr 15 2015 00:48:00      AMEX,    Bankruptcy Department,    PO Box 981535,
                El Paso, TX 79998-1535
22773386      +EDI: AMEREXPR.COM Apr 15 2015 00:48:00      AMEX,    Attn: Bankruptcy Department,    PO Box 297871,
                Fort Lauderdale, FL 33329-7871
22773395       EDI: CAPITALONE.COM Apr 15 2015 00:48:00      Cap One,    Bankruptcy Dept.,    PO Box 5155,
                Norcross, GA 30091
22773409       EDI: CITICORP.COM Apr 15 2015 00:48:00      Home Depot,    Bankruptcy Department,    PO Box 20483,
                Kansas City, MO 64195
22773400      +E-mail/Text: bankruptcy@commercebank.com Apr 15 2015 01:13:29      COMMERCEBK,
                1045 Executive Parkway,    Saint Louis, MO 63141-6303
22773396      +EDI: CAPITALONE.COM Apr 15 2015 00:48:00      Capital 1 Bank,    Attn: General Correspondence,
                Po Box 30285,    Salt Lake City, UT 84130-0285
22773398      +EDI: CHASE.COM Apr 15 2015 00:48:00      Chasecard,    Bankruptcy Department,    PO Box 15298,
                Wilmington, DE 19850-5298
22773399       E-mail/Text: bankruptcy@commercebank.com Apr 15 2015 01:13:29      Commerce Bank,
                PO Box 411036,    Kansas City, MO 64141-1036
22773401       EDI: DIRECTV.COM Apr 15 2015 00:48:00      DirecTV,    PO Box 9001069,
                Louisville, KY 40290-1069
22773415       EDI: TSYS2.COM Apr 15 2015 00:48:00      MACYSDSNB,    911 Duke Blvd.,    Mason, OH 45040
22773414      +EDI: TSYS2.COM Apr 15 2015 00:48:00      Macy's,    Bankruptcy Processing,    PO Box 8053,
                Mason, OH 45040-8053
22773418      +E-mail/Text: BKRMailOps@weltman.com Apr 15 2015 01:13:47      Origen Investments, LLC,
                c/o Weltman Weinberg & Reis,    180 N LaSalle street, #2400,    Chicago, IL 60601-2704
22773423       EDI: CITICORP.COM Apr 15 2015 00:48:00      THD/CBNA,    PO Box 6497,
                Sioux Falls, SD 57117-6497
                                                                                              TOTAL: 15

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22773394       C & C Fine Jewelers, Inc.
                                                                                   TOTALS: 1, * 0, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-1          User: admin              Page 2 of 2            Date Rcvd: Apr 14, 2015
                              Form ID: b18             Total Noticed: 43
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2015                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 14, 2015 at the address(es) listed below:
              David M Siegel    on behalf of Debtor Christina  Joung davidsiegellaw@hotmail.com,
               davidmsiegel@hotmail.com;author@proofofpayments.com;johnellmannlaw@gmail.com
              Eugene  Crane    ecrane@craneheyman.com,
               il41@ecfcbis.com;jmunoz@craneheyman.com;dkobrynski@craneheyman.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Raymond J Ostler    on behalf of Creditor    BBCN Bank rostler@gsgolaw.com
                                                                                             TOTAL: 4