UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 14-45856
CHRISTINA A. JOUNG, )
)  Chapter: 7
)  Honorable Carol A. Doyle
)
)
Debtor(s) )

# ORDER ON DEBTOR'S MOTION TO REOPEN CHAPTER 7
# AND TO AVOID LIENS

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

It is hereby ORDERED that:

1. The Motion to Reopen is granted.

2. The Motion to Avoid Liens is granted as follows. The judgments described in the paragraphs below are void pursuant to section 524(a) of the Bankruptcy Code effective as of the date of entry of the discharge in this case on April 14, 2015.

   A. Judgment entered June 6, 2012 in Circuit Court of Cook County, Case Number 12-M1-711348, in favor of FW-IL Civic Center Plaza, LLC.

   B. Judgment entered June 12, 2012 in Circuit Court of Cook County, Case Number 12-L-003461, in favor of Foster Bank.

   C. Judgment entered December 3, 2013 in Circuit Court of Cook County, Case Number 13-M1-157594 in favor of Capital One Bank N.A.

   D. Judgment entered May 9, 2014, in Circuit Court of Cook County, Case Number 12-L-011972 in favor of RBS Citizens, N.A. successor to Charter One Bank.

   E. Judgment entered July 9, 2014 in Circuit Court of Cook County, Case Number 14-L-002162 in favor of BBCN Bank as successor in interest to Foster Bank.

   F. Judgment entered August 28, 2014, in Circuit Court of Cook County, Case Number 14-L-003805 in favor of BBCN Bank as successor in interest to Foster Bank.

3. The case may now be reclosed by the clerk.

Enter:

*(signed)* Carol Doyle

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: April 17, 2019

**Prepared by:**

Michael R. Colter, II ARDC #6304675
David M. Siegel & Associates, LLC
790 Chaddick Drive
Wheeling, IL 60090
847-520-8100